No. 89–764.   RAWLS *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 89–779.   SCHWIMMER *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–785.   ALAMO BANK OF TEXAS *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 89–800.   ALVARADO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–815.   CHALINE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–841.   LEEF ET AL. *v.* MARTIN, ADMINISTRATRIX OF THE ESTATE OF MARTIN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 89–843.   AMERICAN CYANAMID CO. ET AL. *v.* O'NEIL, ATTORNEY GENERAL OF RHODE ISLAND.   C. A. 1st Cir.   Certiorari denied.

No. 89–846.   SUAREZ *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–848.   KELLY ET AL. *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 89–851.   NATIONAL FOOTBALL LEAGUE ET AL. *v.* UNITED STATES FOOTBALL LEAGUE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–858.   HAPANIEWSKI ET AL. *v.* CITY OF CHICAGO HEIGHTS, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–859.   MEDVIK *v.* OLLENDORFF ET AL.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 89–861.   MORITA ET AL. *v.* APPLICATION ART LABORATORIES CO., LTD.   C. A. Fed. Cir.   Certiorari denied.